Same memorandum as in *People v Santos* ([appeal No. 1] 122 AD3d 1394 [Nov. 21, 2014]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE SANTOS, Appellant. (Appeal No. 3.) [995 NYS2d 528]— Appeal from a judgment of the Lewis County Court (Charles C. Merrell, J.), rendered October 16, 2009. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Santos* ([appeal No. 1] 122 AD3d 1394 [Nov. 21, 2014]). Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.